OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

FILE COPY

6/10/2015

**SULLIVAN, JOSEPH EDWARD** Tr. Ct. No. 007-1018-12

COA No. 12-13-00253-CR

PD-0270-15

On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 11 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *